IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MARVIN GLENN HOLLIS,

    Plaintiff,                       No. CIV S-08-1094 MCE KJM P

    vs.

J. MASON, et al.,

    Defendants.

                       /                <u>ORDER</u>

        Plaintiff is a state prisoner proceeding pro se. Plaintiff seeks relief pursuant to 42 U.S.C. § 1983 and has requested leave to proceed in forma pauperis pursuant to 28 U.S.C. § 1915. This proceeding was referred to this court by Local Rule 72-302 pursuant to 28 U.S.C. § 636(b)(1).

        Plaintiff has submitted a declaration that makes the showing required by 28 U.S.C. § 1915(a). Accordingly, the request to proceed in forma pauperis will be granted. Plaintiff is required to pay the statutory filing fee of $350.00 for this action. 28 U.S.C. § 1914(a), 1915(b)(1). Plaintiff has been without funds for six months and is currently without funds. Accordingly, the court will not assess an initial partial filing fee. 28 U.S.C. § 1915(b)(1). Plaintiff is obligated to make monthly payments of twenty percent of the preceding month's income credited to plaintiff's prison trust account. These payments shall be collected and

1

1 | forwarded by the appropriate agency to the Clerk of the Court each time the amount in plaintiff's
2 | account exceeds $10.00, until the filing fee is paid in full.  28 U.S.C.
3 | § 1915(b)(2).
4 |      The complaint states a cognizable claim relief under 42 U.S.C. § 1983 and 28
5 | U.S.C. § 1915A(b).  If the allegations of the complaint are proven, plaintiff has a reasonable
6 | opportunity to prevail on the merits of his First Amendment retaliation claim.
7 |      In accordance with the above, IT IS HEREBY ORDERED that:
8 |      1. Plaintiff's request for leave to proceed in forma pauperis is granted.
9 |      2. Plaintiff is obligated to pay the statutory filing fee of $350.00 for this action.
10 | All fees shall be collected and paid in accordance with this court's order to the Director of the
11 | California Department of Corrections and Rehabilitation filed concurrently herewith.
12 |      3. Service is appropriate for the following defendants: Mason and Abamonga.
13 |      4. The Clerk of the Court shall send plaintiff two USM-285 forms, one summons,
14 | an instruction sheet and a copy of the complaint filed May 19, 2008.
15 |      5. Within thirty days from the date of this order, plaintiff shall complete the
16 | attached Notice of Submission of Documents and submit the following documents to the court:
17 |        a. The completed Notice of Submission of Documents;
18 |        b. One completed summons;
19 |        c. One completed USM-285 form for each defendant listed in number 3
20 |        above; and
21 |        d. Three copies of the endorsed complaint filed May 19, 2008.
22 | /////
23 | /////
24 | /////
25 | /////
26 | /////

6. Plaintiff need not attempt service on defendants and need not request waiver of service. Upon receipt of the above-described documents, the court will direct the United States Marshal to serve the above-named defendants pursuant to Federal Rule of Civil Procedure 4 without payment of costs.

DATED: July 7, 2008.

_____
U.S. MAGISTRATE JUDGE

2
holl1094.1

3

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MARVIN GLENN HOLLIS,

      Plaintiff,                        No. CIV S-08-1094 MCE KJM P

     vs.

J. MASON, et al.,                        <u>NOTICE OF SUBMISSION</u>

      Defendants.                      <u>OF DOCUMENTS</u>

_____/

      Plaintiff hereby submits the following documents in compliance with the court's

order filed _____:

      _____ completed summons form

      _____ completed USM-285 forms

      _____ copies of the _____
                           Complaint/Amended Complaint

DATED:

                                      _____
                                      Plaintiff