IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MARVIN GLENN HOLLIS,

        Plaintiff,                  No. CIV S-08-1094 MCE KJM P

    vs.

J. MASON, et al.,                ORDER AND

        Defendants.           FINDINGS AND RECOMMENDATIONS

_____/

        Plaintiff has filed two requests for injunctive relief, both asking the court to direct prison officials to return his legal property, give him access to an adequate law library and stop interfering with his legal mail. In the second request, he also requested an extension of time to file his opposition to defendants' motion to dismiss; on October 29, however, he filed an opposition.

        Although plaintiff says in general terms that the defendants have been involved in the deprivations of which he complains, a closer reading of his two motions suggests that he challenges policies that restrict the amount of legal property an inmate in administrative segregation may possess and limit law library access for such inmates. Moreover, it appears from his pleadings that those allegedly obstructing his mail are not the defendants in the current

/////

1 action. This court is unable to issue an order against individuals who are not parties to a suit
2 pending before it.  See Zenith Radio Corp. v. Hazeltine Research, Inc., 395 U.S. 100, 112
3 (1969).
4    Moreover, plaintiff has filed his opposition to the motion to dismiss, with citation
5 to pertinent case law.  He does aver that he still lacks access to his legal material and so cannot
6 attach exhibits to the motion.  In resolving a motion to dismiss under Federal Rules of Civil
7 Procedure, Rule 12(b)(6), the court looks only to the face of the complaint.  Van Buskirk v.
8 Cable News Network, Inc., 284 F.3d 977, 980 (9th Cir. 2002).   Accordingly, plaintiff has not
9 shown any harm, at this stage of the proceedings, from his lack of access to his legal materials.
10    IT IS THEREFORE ORDERED that:
11    1. Plaintiff's motions for temporary restraining orders (docket nos. 13 and 17) are
12 denied; and
13    2. Plaintiff's opposition to the motion to dismiss (docket no. 18) is deemed
14 timely.
15    IT IS HEREBY RECOMMENDED that plaintiff's request for injunctive relief
16 (docket no. 13) be denied.
17    These findings and recommendations are submitted to the United States District
18 Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l).  Within ten days
19 after being served with these findings and recommendations, plaintiff may file written objections
20 with the court.  The document should be captioned "Objections to Magistrate Judge's Findings
21 and Recommendations."  Plaintiff is advised that failure to file objections within the specified
22 time may waive the right to appeal the District Court's order.  Martinez v. Ylst, 951 F.2d 1153
23 (9th Cir. 1991).
24 DATED: November 5, 2008.

                _____
                U.S. MAGISTRATE JUDGE

26 2/ holl1094.36