IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MARVIN GLENN HOLLIS,

      Plaintiff,                      No. CIV S-08-1094 MCE KJM P

    vs.

J. MASON, et al.,

      Defendants.         ORDER

_____/

        Plaintiff has requested a stay of the proceedings until his legal property is returned to him. Plaintiff has filed his opposition to the defendants' motion to dismiss and there are no other current deadlines in this case. Therefore, plaintiff has not shown that a stay is necessary at this time.

        IT IS THEREFORE ORDERED that plaintiff's request for a stay (docket no. 23) is denied.

DATED: December 8, 2008.

                                                            _____
                                                            U.S. MAGISTRATE JUDGE

2

holl1094.noeot