IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MARVIN GLENN HOLLIS,

    Plaintiff,                    No. CIV S-08-1094 MCE KJM P

    vs.

J. MASON, et al.,

    Defendants.          <u>ORDER</u>

                                 /

        Plaintiff is a state prison inmate proceeding pro se with a civil rights action under 42 U.S.C. § 1983.  He has filed a "motion for a discovery order."[1]

        A discovery order will issue after the defendants have filed an answer in this case.

        IT IS THEREFORE ORDERED that plaintiff's motion for a discovery order (doc. no. 32) is denied without prejudice.

DATED: September 10, 2009.

                                             U.S. MAGISTRATE JUDGE

2/holl1094.ord

---

[1] Previously, plaintiff had urged the court to impose sanctions on defendants for filing their motion to dismiss, which this court has addressed in findings and recommendations, and which the district judge has now resolved in an order adopting these findings and recommendations.  This court declines to find that the motion to dismiss was frivolous and so declines to impose sanctions.

1