UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

MARVIN GLENN HOLLIS,    No. CIV S-08-1094 MCE KJM P

    Plaintiff,

  vs.

J. MASON, et al.,

    Defendants.    <u>ORDER</u>

_____/

    Plaintiff is a prisoner proceeding pro se with an action under 42 U.S.C. §1983. This case will be referred to Magistrate Judge Kimberly J. Mueller to conduct a settlement conference on September 1, 2010 at 1:30 p.m. in Courtroom #26. Plaintiff is to appear by video conference from his current place of detention.

    A separate order and writ of habeas corpus ad testificandum will issue with this order.

    In accordance with the above, IT IS HEREBY ORDERED that:

    1. This case is set for a settlement conference before Magistrate Judge Kimberly J. Mueller on September 1, 2010, at 1:30 p.m. at the U.S. District Court, 501 I Street, Sacramento, in Courtroom #26.

    2. Parties shall appear with full settlement authority.

1

3. The parties are to provide confidential settlement conference statements to Sujean Park, 501 I Street, Suite 4-200, Sacramento, California 95814, or via email at spark@caed.uscourts.gov, so they arrive no later than August 25, 2010.

4. The Clerk of the Court is directed to serve a copy of this order on the Litigation Office at California State Prison,Corcoran via facsimile at (559) 992-7372.

DATED: July 8, 2010.

_____
U.S. MAGISTRATE JUDGE