IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MARVIN GLENN HOLLIS,

      Plaintiff,                     No. CIV S-08-1094 MCE KJM P

  vs.

J. MASON, et al.,

      Defendants.         ORDER

                              /

Plaintiff has filed a motion for an order directing CDCR to produce an inmate witness, D. Cathren, F-82301[1], who was his cell mate on October 28, 2007 and who was a witness to plaintiff's interactions with defendants Mason and Abamonga. He has made a sufficient showing to justify an order directing the inmate's presence at trial.

IT IS HEREBY ORDERED that plaintiff's motion for an order directing the presence of his witness (docket no. 74) is granted; a writ of habeas corpus ad testificandum will issue concurrently with this order.

DATED: September 22, 2010.

                                                   U.S. MAGISTRATE JUDGE

2/holl1094.ord

---

[1] Plaintiff list Cathren's CDCR number as F-62301, but the CDCR's inmate locator provided the number cited in the body of this order.

1