IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MARVIN GLENN HOLLIS,

      Plaintiff,                       No. CIV S-08-1094 MCE KJM P

   vs.

J. MASON, et al.,

      Defendants.              <u>ORDER</u>

/

        Plaintiff has requested an extension of time to file and serve an opposition to defendants' October 5, 2010 motion to declare plaintiff a vexatious litigant.  Good cause appearing, IT IS HEREBY ORDERED that:

        1. Plaintiff's motion for an extension of time (Docket No. 94) is granted;

        2. Plaintiff's opposition, filed October 22, 2010, is deemed timely; and

        3. Defendants' reply is due within seven days of the date of this order (Docket No. 96).

DATED: October 28, 2010.

                                          U.S. MAGISTRATE JUDGE

2/mp
holl1094.36