IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MARVIN GLENN HOLLIS,

        Plaintiff,                        No. CIV S-08-1094 MCE CKD P

    vs.

J. MASON, et al.,

        Defendants.               ORDER

_____/

        On July 12, 2011, defendants filed objections to the magistrate judge's order filed June 30, 2011, denying as untimely defendants' request to have plaintiff declared a vexatious litigant pursuant to Local Rule 151(b). (ECF No. 107.) Pursuant to E.D. Local Rule 303(f), a magistrate judge's orders shall be upheld unless "clearly erroneous or contrary to law." Upon review of the entire file, the court finds that it does not appear that the magistrate judge's ruling was clearly erroneous or contrary to law.

/////

/////

/////

/////

/////

1

1  Therefore, IT IS HEREBY ORDERED that defendants' July 12, 2011, objections
2  (ECF No. 108), which this Court construes as a Motion to Reconsider the Magistrate Judge's
3  June 30, 2011, Order are DENIED.

Dated:  February 27, 2012

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE