UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARVIN GLENN HOLLIS, | No. 2:08-cv-01094-MCE-CKD |
| Plaintiff, | |
| v. | MEMORANDUM AND ORDER |
| J MASON, et al., | |
| Defendants. | |

----oo0oo----

Having reviewed this case in its entirety, the Court now finds that good cause exists to warrant granting Defendants' prior request to file a motion for summary judgment. See Defendants' Pretrial Statement (ECF No. 80), 22:1-4. Accordingly, the jury trial scheduled to commence on Monday, March 12, 2012, at 9:00 a.m. in Courtroom 7, is hereby VACATED. All Writs of Habeas Corpus Ad Testificandum issued in this case are hereby VACATED as well. The Clerk of the Court is directed to electronically serve and fax this Order on the Warden(s) of the appropriate state prison facilities and on the Out-To-Court desk, California State Prison - Sacramento.

1

1    Defendants shall notice their motion for summary judgment
2 and set a hearing date not later than Thursday May 3, 2012,
3 before the magistrate judge pursuant to Local Rule 230(b).
4 Simultaneously with their motion for summary judgment, Defendants
5 are ordered to file a separate brief, not to exceed five (5)
6 pages, addressing whether Plaintiff has properly been permitted
7 to proceed <u>in forma pauperis</u> in this case given recent findings
8 in this district that he is barred from doing so pursuant to
9 28 U.S.C. § 1915(g).  <u>See</u>, <u>e.g.</u>, <u>Hollis v. Downing</u>, 2010 WL
10 5115196 (E.D. Cal.).  Any Opposition and/or Reply to Defendants'
11 motion for summary judgment and <u>in forma pauperis</u> brief shall be
12 filed in accordance with Local Rule 230.
13    IT IS SO ORDERED.

Dated: March 2, 2012

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE