1  [

2

3

4

5

6

7

8                     IN THE UNITED STATES DISTRICT COURT

9                  FOR THE EASTERN DISTRICT OF CALIFORNIA

10  MARVIN GLENN HOLLIS,

11            Plaintiff,                    No. CIV S-08-1094 MCE CKD P

12        vs.

13  J. MASON, et al.,

14            Defendants.            ORDER

15  _____/

16            On March 28, 2012, this case was closed pursuant to Federal Rule of Civil

17  Procedure Rule 41(a) and the parties' stipulation for voluntary dismissal with prejudice.  (ECF

18  Nos. 136, 137.)  On April 3, 2012, plaintiff filed a motion to reopen the case until defendants pay

19  him the agreed-upon settlement amount and send him copies of the fully executed settlement

20  documents for his records.  (ECF No. 138.)

21            A district court may reconsider a ruling under either Federal Rule of Civil

22  Procedure 59(e) or 60(b).  See Sch. Dist. Number. 1J, Multnomah County v. ACandS, Inc., 5

23  F.3d 1255, 1262 (9th Cir. 1993).  "Reconsideration is appropriate if the district court (1) is

24  presented with newly discovered evidence, (2) committed clear error or the initial decision was

25  manifestly unjust, or (3) if there is an intervening change in controlling law."  Id. at 1263.

26  ///

1    Here, none of these conditions apply; rather, there appears to have been a (so far) brief delay by

2    defendants in effecting the settlement terms.  The Court will deny plaintiff's motion without

3    prejudice to renewal in thirty (30) days if, by that time, defendants still have not paid him the

4    agreed-upon settlement amount and/or sent him copies of the fully executed settlement

5    documents.  Accordingly, plaintiff's April 3, 2012, motion to alter or amend judgment (ECF No.

6    138) is DENIED without prejudice to renewal no less than thirty (30) days from the date of

7    service of this order.

8              IT IS SO ORDERED.

9
     Dated:  May 1, 2012

10

11                                              MORRISON C. ENGLAND, JR.
                                                UNITED STATES DISTRICT JUDGE
12

13

14

15

16

17

18

19

20

21

22

23

24

25

26